EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Celestine Williams

Debtor(s)

Case No. 05-61245

Chapter 13 Proceedings

Hon. Steven W. Rhodes

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM.# | TRUSTEE CLM.# | CLASS OF CLAIM | CHECK# | AMT. OF CHECK |
|---|---|---|---|---|---|
| Celestine Williams<br>5308 Crane<br>Detroit, MI 48213 | | | Debtor Unclaimed | 3427842 | $3.34 |
| TOTAL | | | | | $3.34 |

Dated: 4/21/11

Krispen S. Carroll, Standing
Chapter 13 Trustee
719 Griswold, Ste. 1100
Detroit, MI 48226
(313) 962-5035